File No. 17CR060791
File No. 17CR060792

Affidavit of Fact

Exhibit A



FILED

DEC 07 2017

PE___ A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

Enclosed are International Treaty violations involving human trafficking and corporate person's generating income and not reporting the information to the Internal revenue Services

" Speeding, running stop signs, traveling without license plates, or registration are not threats to the public safety, and thus, are not arrestable offences

[Christy v. Elliot, 216 I 131

HE 1035, LRA Ns 1905-1910]


From the Declaration of Human Rights- United Nations General Assembly- Resolution #217 December 10, 1948

Article 15:

1. Everyone has the right to a nationality
2. No one shall be arbitrarily deprived of his nationality or denial the right to change his nationality


From The Declaration of the Rights of the child- United Nations General assembly-1989

Princple III: Every child shall be entitled, from his birth, to a <u>name</u> and <u>nationality</u>


Definition of I.D. Card that gives identifying information such as name, age, and organizational membership, about a person who then carries a card and uses it to establish his or her identity, also called "identity card"- termont's with them Websters Illustrated Encyclopedia Dictionary. 1987.


AMENDEMENT IV of The American Constitution 1791.

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

" The Constitution is a written instrument. As Such, it's meaning does not alter. That Which it meant when it was adopted, it means now."

South Carolina v. U.S. 437, 448(1905)

"State Police Powers extend only to immediate threats to Public Safety, health, welfare, etc.

Michigan v, Duke 266 476 LED

"In which The United States Supreme Court ruled That a police officer could <u>not</u> arrest a citizen merely for refusing to present identification." Kolender v. Lawson (461). 352, 1983

' When acting to enforce a statute and its subsequent amendments to the present date, the judge at the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerally".

<u>Thompson v. Smith</u>, 154 SE 583.

" A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgement for that of the agency, Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." <u>ASIS v. US</u>, 568 F2d 284.

" Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Sup., Ct., SF, 140 Cal.1.

THE MOORISH NATIONAL REPUBLIC

THE MOORISH DEVINE AND NATIONAL MOVEMENT OF THE WORLD

Aborigonal and Indigenous Natural Peoples of North-West Amexem

North America

Affidavit of Fact

Exhibit B

Criminal Complaint violation of Secured Constitution Treaty Right, By Person Working For Or by Cohesion With THE CITY OF FAYETTEVILLE, CUMBERLAND COUNTY JAIL

Nunc Protunc

Mayor Nat Robertson

- Stop and frisk hate crime
- Conspiracy
- Piracy
- Fraud
- Stalking
- Larceny
- Human Trafficking
- Perjury
- Peonage
- Exstortion
- Kidnapping
- Ransom
- Racketeering

I am, Harold Pratt-Bey, Moorish American; a Natural Person, 'In Propria Persona', and not 'Pro-se'; and not an artificial, corporate person, num de guerre, strawman, nor any other fraudulent, misrepresentation, as scribed in all CAPITAL LETTERS, as dishonorably placed before this court on paper, and with corrupt and injurious intent, by the unclean hand of others. I state for the record that no foreign persons, nor entities represented by them, have any lawful or credible authority to 'Represent' me.

On August 16th, 2017 at approx. 11:40 pm est., I was illegally apprehended, and stopped of my travels. P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE attempted and succeeded in an unlawful kidnapping, human trafficking, ransom, extortion, unreasonable/unwarranted search and seizure, animal abuse, animal cruelty, assault and battery, damage to personal property, damage to property, unlawful arrest, color of law violations, failure to properly identify, and unconstitutional abuse of power.

While slowly approaching a yellow light at an intersection, P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE, was casually taking a left turn going towards the direction I had just came from. Afterwards light turned green and I casually proceeded to go on my travels. Fifteen seconds later I see P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE, Illegally perform a U-turn in the middle of the highway. After performing this action, P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE, stalked me from ten yards away at a diagonal position. Stalking me for several minutes; slowing down when I slow down, speeding up when I speed up. Then just as I'm a few feet from the CITY OF FAYETTEVILLE city limits sign, P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE turns on his blue lights. Knowing I did nothing wrong I pull over and ask P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE, whenever he reaches the vehicle his reason for pulling me over. P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE then proceeds to lie to me and states that he pulled me because my plates did not match the vehicle. Claiming the plates were

coming back for a white Lincoln, instead of the red Chevy Cruze I was currently in. Knowing this to be a lie (because, 1. The vehicle was just purchased brand new off a car lot, all paperwork correct and 2. In order for P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE to have seen my plates in the first place would be if he was riding behind me instead of committing the illegal and unjustifiable U-turn) I asked P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE to see his business card. P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE then told me that he did not have a business card and tried to coax me into giving up my license and registration. Again, knowing I did nothing wrong and not knowing who P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE was or his intentions, I again asked for his business card, in which he again denied to having one. At that same moment another officer approached the vehicle shining his flashlight into the vehicle. Feeling as though my life and the life of my brother who was a guest in the vehicle at the time were in danger, I dialed 911. Whenever I got a hold of the operator they informed me that they were part of the Fort Bragg Police and not the CITY OF FAYETTEVILLE police. All the while I was on the phone P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE continued to make threats of arresting me, so I asked if I could speak to his superior, the sheriff, and the mayor Nat Robertson. He then proceeded to bring a new officer onto the scene up stating they were his superior, B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE, a specialist. B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE walked up to the window stating I was pulled over for my tags. I then asked to see her business card. B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE then stated she didn't have one and asked for my license and registration. I then told B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE that I would like to speak to the sheriff, her superior, and the mayor. B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE then told me she was not associated with the sheriff and she would not get the mayor Nat Robertson, down there. I then asked B.

GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE what was the reason of me being pulled over. B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE stated that my tags did not match the vehicle, and again asked for my license and registration. At this time there are four police cars on the scene, which has me fearful for my life. I then reminded B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE that according to Christy v. Elliot, 216 I 131 HE 1035, LRA Ns 1905-1910 "Speeding, running stop signs, traveling without license plates, or registration are not threats to the public safety, and thus, are not arrestable offences", and also that according to Kolender v. Lawson (461). 352, 1983 "In which The United States Supreme Court ruled that a police officer could not arrest a citizen merely for refusing to present identification.". I then asked B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE if there was an accident or an emergency, when she told me know I then asked "Am I free to go?". That's when B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE said no and refused to let me leave. After about twenty more minutes of going back and forth with this B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE walked away from the vehicle, while three other officers including P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE continued to just stand around the vehicle shining their flashlights through the windows. At this point we've already been beside the road for two hours, of officers coming back and forth to the window and my brother and I being denied to go about our travels. That's when S. BATES doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE walked up to the window stating he was the sergeant and asked for my license and registration. I then went through the same pill with him as I did with B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE; asking for a business card and reminding him of Christy v. Elliot, and Kolender v. Lawson. That's when S. BATES doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE got angry and told me I was quoting nonsense and he had the only authority over me. After another twenty minutes of asking if it was a crime or emergency

and if I was free to go, and being told no. S. BATES doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE then started communicating threats of busting out the window and destroying the vehicle. After five more minutes of threatening me, S. BATES doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE then randomly said that the vehicle smelled like marijuana. This statement coming only after two and a half hours of initially being pulled over, having at least four officers walk up to the window, not being said by any other officer throughout that time period until S. BATES doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE got angry. S. BATES doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE continued to threaten me and threaten to destroy the vehicle and bust the windows out. After another 5 minutes of threats S. BATES doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE finally busted out the left rear window, and instructed S. MOSELEY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE to "long arm" me. That's when I took my seat beat off instructing my brother to do the same and calmly exited the vehicle under threat, deress, and distortion. That's when P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE handcuffed me and took me to a police car ( ALL WHICH I HAVE RECORDED). While in the first police car B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE turned the heat all the way up when I asked if she could turn it down because I was hot and could not breathe. Before switching me to another police car B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE joked with another officer about me having a gun, stating "did ya'll search him, cause if I get shot it's on ya'll". After putting me and my brother in separate police cars and putting my puppy on a leash and threatening to take him to the dog pound, all the officers stood beside the police car I was in for about twenty minutes in a huddle discussing. After another fifteen minutes they finally brought the K-9 out to the scene. The K-9 sniffed the vehicle multiple times for fifteen minutes not indicating a sign of smelling anything. That's when the K-9 officer tapped on the vehicle giving the K-9 the command to sit as if he smelled something, so the officers could have the right to search the

vehicle. After another twenty minutes the officers let my brother and puppy go and took me into the CUMBERLAND COUNTY DETENTION CENTER to process me for booking. After B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE drove me to the CUMBERLAND COUNTY DETENTION CENTER, P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE took back over the booking process with S. MOSELE doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE assisting him. For an hour and a half I sat in front of P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE as he nervously looked up statues to try to use against me and look up information on his laptop. After another thirty minutes I was finally fingerprinted and had my picture taken, where an employee of CUMBERLAND COUNTY DETENTION CENTER threatened to hold me 30 days contempt for trying to smile in my picture. Afterwards I waited as P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE went up to the magistrate window and informed T. CLEVELAND doing business as a MAGISTRATE for the CITY OF FAYETTEVILLE that he was ready for him to see me now and that he thought I was of Moorish decent. As I walked up to the magistrate window, T. CLEVELAND doing business as a MAGISTRATE for the CITY OF FAYETTEVILLE read out the charges against me. T. CLEVELAND doing business as a MAGISTRATE for the CITY OF FAYETTEVILLE told me my charges were M- Resisting public officer, failure exhibit/surrender license, misuse of 911 system, possess marijuana up to ½ oz; possess marji paraphernalia (none of which are the reason P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE and every other officer on the scene stated being the reason of me initially being pulled over). T. CLEVELAND doing business as a MAGISTRATE for the CITY OF FAYETTEVILLE then asked me if I understood the charges against me. When I told T. CLEVELAND doing business as a MAGISTRATE for the CITY OF FAYETTEVILLE no, he then became angry and started yelling and repeating the charges. When He slid me the paper to sign so I could be released, I signed my signature and then put "under threat, deress, and distortion. Once seeing this T. CLEVELAND doing business as a

MAGISTRATE for the CITY OF FAYETTEVILLE became furious threatening me to change my signature and apologize or he would hold me for 30 days for contempt. Stating "How dare you sign under threat, deress, and distortion! Change it right now and apologize or I'm gonna hold you 30 days for contempt!". Fearful for what might occur, I calmly complied so I wouldn't be detained further.

After being released, I called my brother to come back to get me (at this time he's already 2 hours away). So I had to walk around the CITY of FAYETTEVILLE for 4 hours stranded at 3 am while my brother had to instantly turn around and retravel the 2 hour ride he just made. That very same morning we were involved in a collision due to the long tiring night we had just endured thanks to the CITY of FAYETTEVILLE and their officers. During the time frame leading up to my brother and I court date (my brother whom which was charged with resisting arrest for no reason) I visit the office ROBERT STEEL doing business as a MAGISTRATE for the CITY OF FAYETTEVILLE and visit the internal affairs office to put together the lawsuits I plan on filing. While talking to the captain of the police department and head of internal affairs they take down all my information and research to subpoena all the officers and magistrate involved and clearly inform me that they know very well and acknowledge the Moorish nation.

On October 10th, 2017 at approx. 11:30 am est., I was illegally apprehended, and detained. T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE attempted and succeeded in an unlawful kidnapping, human trafficking, ransom, extortion, unlawful arrest, color of law violations, failure to properly identify, and unconstitutional abuse of power.

On the morning of October 10th my brother and I arrived to court where we were instructed by a bailiff we would have to either drive all the way back 2 hours or would have to go buy some pants. After leaving and returning from spending precious time, gas, and money, we sat in the crowd waiting for our names to be called so we could be accounted for being there.

As we sit there we watch as P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE nervously keeps moving around in his chair. That's when the DA walks over to P.J.

MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE says something to him, just by his reaction I can tell it's about me and my brother's case. We watch as they talk for ten minutes before the DA tells T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE that they might as well go ahead and take care of this, and skips the calendar and goes to my case. I walk up and T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE reads off the charges. When he's finished I calmly ask T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE, what is his status, what is his name, and what is his nationality. Upon hearing this T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE, whole demeanor changes up. He becomes angry screaming " Don't try to come in here with that Moorish nation bull crap defense, a lot of people come in here and try that". T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE then proceeds to commit perjury in court stating " the CITY of FAYETTEVILLE doesn't acknowledge the Moorish nation, and neither does the state of North Carolina." T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE then proceeds to yell and have me fill out a continence sheet (which I signed under threat, deress, and distortion) while screaming out " abandon this Moorish nation bull crap." I just silently stand there. T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE then instructs some lawyer to take me to the back of the court room and talk to me, also telling the bailiff not to let me leave the court room. The lawyer took me to the back of the court room where he tried to persuade me to do what the judge said and trying to offer his services for a fee of $300. The whole time I'm telling him no, T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE stares me down while in the midst of hearing another case. Five minutes I get called back up to the front and T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE states " are you ready to abandon this Moorish nation bull crap so we can proceed with a trail. Again I calmly asked, for the record, his status, his name, and his nationality. He then became angry and told the bailiffs he had surrounding me the whole time to arrest me. Then for 30 days the CUMBERLAND COUNTY DENTENTION CENTER held me kidnapped, under cruel and unusual

conditions. It is my intentions to go viral with the evidence I have recorded on my phone, and I also intend on suing all named parties for their "full pay capacity" as a police officer, magistrate, and judge. I also have no intentions on ever returning to the CITY of FAYETTEVILLE or any of its establishments. Nor will anyone I'm associated with.

I am: *Harold Pratt-Bey*, Authorized Representative
Natural Person, In Propia Persona
Ex Relation ( HAROLD PRATT ), without prejudice
All Rights Reserved U.C.C 1-207