Arnold Pratt-Bey
[3]131 McCoy Lane
[Eagle Springs] North Carolia Re[public]
[Zip-exempt]
[All Rights Reserved Allodial]
[recourse]

Clerk of Court U.S. Eastern District of N.[C]
C/o 310 New Bern Ave
Raleigh, NC
[27601]

RECEIVED
DEC 07 2017
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

27601-145949

7015 0640 0000 5053 2985

