

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

January 4, 2018

Harold Pratt-Bey
121 McCoy Lane
Eagle Springs, NC 27242

Re: Pratt-Bey v. Monterio
**5:17-CT-3291-BO**

Dear Mr. Pratt-Bey,

Our office has received and filed your complaint. Your case has been given the above-indicated docket number. **Please use this number when submitting documents for filing in this case.**

If your address changes, a notice of your change of address should be sent to us at the Clerk's office.

All pleadings and letters must be submitted on 8 1/2" by 11" papers and must include an **original signature**.

If you should desire a copy of a pleading returned to you, a stamped, self-addressed envelope and an extra copy of the pleading must be provided. Thank you for your cooperation.

Sincerely,

/s/ Peter A. Moore, Jr.
Clerk of Court


PAM/ai