IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CT-3291-BO

HAROLD PRATT-BEY, )
)
Plaintiff, )
)
v. ) ORDER
)
P.J. MONTERIO, )
)
Defendant. )

The papers in the above captioned matter are hereby returned to you for failure to comply with our Local Rules of Practice and Procedure. The papers are deficient in the following respects:

( ) They are not on the forms prescribed for use by this court.

( ) The number of copies furnished is insufficient. An additional ( copies are) (copy is) needed to effect service.

( ) The complaint is not legible.

( ) The U.S. Marshal will be unable to effect service upon defendant due to insufficient address information.

(X) You must either file an application to proceed without prepayment of fees and affidavit or pay $400.00 ($350.00 filing fee plus $50.00 administrative fee). **NOTE: In cases with more than one plaintiff, each plaintiff will be assessed the entire filing fee.**

( ) You have not provided your inmate number.

( ) The application to proceed without prepayment of fees and affidavit does not have an original signature.

( ) The filing entitled "" is not signed or does not have an original signature.

Plaintiff is DIRECTED to correct the deficiencies listed above and return the corrected papers within twenty-one (21) days from the filing of this order. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

SO ORDERED, this 5th day of February 2018.

_____
Robert B. Jones, Jr.
United States Magistrate Judge