Harold Pratt-Bey
c/o P.O Box 306
Eagle Springs, North Carolina Republic
[Zip-exempt]
All Rights Reserved Allodial w/o
recourse



Robert B. Jones Jr
c/o P.O. Box 25670
Raleigh, NC
[27611]

