Affidavit of Fact

Exhibit A

FILED
FEB 2 1 2018
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Enclosed are International Treaty violations involving human trafficking and corporate person's generating income and not reporting the information to the Internal revenue Services



" Speeding, running stop signs, traveling without license plates, or registration are not threats to the public safety, and thus, are not arrestable offences

*[Christy v. Elliot, 216 I 131*

*HE 1035, LRA Ns 1905-1910]*


From the Declaration of Human Rights- United Nations General Assembly- Resolution #217 December 10, 1948

Article 15:

1. Everyone has the right to a nationality
2. No one shall be arbitrarily deprived of his nationality or denial the right to change his nationality


From The Declaration of the Rights of the child- United Nations General assembly-1989

Princple III: Every child shall be entitled, from his birth, to a <u>name</u> and <u>nationality</u>


Definition of I.D. Card that gives identifying information such as name, age, and organizational membership, about a person who then carries a card and uses it to establish his or her identity, also called "identity card"- termont's with them Websters Illustrated Encyclopedia Dictionary. 1987.


AMENDEMENT IV of The American Constitution 1791.

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.



" The Constitution is a written instrument. As Such, it's meaning does not alter. That Which it meant when it was adopted, it means now."

South Carolina v. U.S. 437, 448(1905)

"State Police Powers extend only to immediate threats to Public Safety, health, welfare, etc.

Michigan v, Duke 266 476 LED

"In which The United States Supreme Court ruled That a police officer could <u>not</u> arrest a citizen merely for refusing to present identification." Kolender v. Lawson (461). 352, 1983

' When acting to enforce a statute and its subsequent amendments to the present date, the judge at the municipal court is acting as an administrative officer and not in a judicial capacity; courts in administering or enforcing statutes do not act judicially, but merely ministerally".

Thompson v. Smith, 154 SE 583.

" A judge ceases to sit as a judicial officer because the governing principle of administrative law provides that courts are prohibited from substituting their evidence, testimony, record, arguments, and rationale for that of the agency. Additionally, courts are prohibited from substituting their judgement for that of the agency, Courts in administrative issues are prohibited from even listening to or hearing arguments, presentation, or rational." ASIS v. US, 568 F2d 284.

" Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities." Burns v. Sup., Ct., SF, 140 Cal.1.

STATE OF NORTH CAROLINA
**DEPARTMENT OF TRANSPORTATION**
NC DIVISION OF MOTOR VEHICLES
3118 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3118
(919) 715-7000

ROY COOPER
GOVERNOR

JAMES H. TROGDON, III
SECRETARY

12/21/2017

HAROLD EDWARD PRATT JR
121 MCCOY LN
EAGLE SPRINGS NC  27242-

OFFICIAL NOTICE
CUSTOMER NO. 000033630431

WE REGRET TO INFORM YOU THAT EFFECTIVE 12:01 A.M., 02/19/2018, YOUR NC
DRIVING PRIVILEGE IS SCHEDULED FOR AN INDEFINITE SUSPENSION IN ACCORDANCE
WITH GENERAL STATUTE 20-24.1 FOR FAILURE TO APPEAR AS FOLLOWS:

VIOLATION DATE:  2017-07-22        CITATION NUMBER:       02G25672
COURT:           MOORE COUNTY COURT  PHONE:  (910)722-5000

UNFORTUNATELY THE DIVISION OF MOTOR VEHICLES CANNOT ACCEPT PAYMENTS FOR
FINES AND COSTS IMPOSED BY THE COURTS.  PLEASE CONTACT THE COURT ABOVE TO
COMPLY WITH THIS CITATION.

NOTE:  PLEASE COMPLY WITH THIS CITATION PRIOR TO THE EFFECTIVE DATE IN ORDER
TO AVOID THIS SUSPENSION.

IF YOU HAVE NOT COMPLIED WITH THIS CITATION BY THE EFFECTIVE DATE OF THIS
ORDER, YOU WILL NEED TO MAIL YOUR CURRENT NORTH CAROLINA DRIVER LICENSE, IF
APPLICABLE, TO THE DIVISION.  FAILURE TO DO SO MAY RESULT IN AN ADDITIONAL
$50.00 SERVICE FEE.

REINSTATEMENT PROCEDURES:

UPON COMPLIANCE WITH THIS CITATION, YOU MAY VISIT YOUR LOCAL DRIVER LICENSE
OFFICE.  AT SUCH TIME PROPER IDENTIFICATION AND PROOF OF AGE WILL BE NEEDED.

A RESTORATION FEE OF    $65.00 AND THE APPROPRIATE LICENSE FEES ARE NEEDED
AND HAVE TO BE PAID AT THE TIME YOUR DRIVING PRIVILEGE IS REINSTATED.

THIS ORDER IS IN ADDITION TO AND DOES NOT SUPERSEDE ANY PRIOR ORDER ISSUED
BY THE DMV. IF ADDITIONAL INFORMATION CONCERNING THIS ORDER IS NEEDED,
PLEASE CONTACT A REPRESENTATIVE OF THE DIVISION AT (919)715-7000.

DIRECTOR OF PROCESSING SERVICES

# RELEASE REPORT

## INMATE: PRATT, HAROLD EDWARD JR  (B M, 12/25/1991)

---

| | |
|---|---|
| **Booking #** | 208017 |
| **Booked** | 10/10/2017 11:30 |
| **Released** | 11/08/2017 01:10:00 |
| **Released By** | Nelms, S |
| **Released To** | SELF |
| **Reason** | TIME SERVED |
| **Notes** | RELEASED FOR TIME SERVED PER JUDGE BAGGETT[11/08/2017 02:05, KROSE, CCSO] |



**State of North Carolina**
**General Court of Justice**
**Superior Court District 12**

JAMES FLOYD AMMONS, JR.
SENIOR RESIDENT SUPERIOR COURT JUDGE

POST OFFICE BOX 363
FAYETTEVILLE, N.C. 28302
TELEPHONE: (910) 475-3016
Fax (910) 475-3017

CLAIRE V. HILL
RESIDENT SUPERIOR COURT JUDGE

MARY ANN TALLY
RESIDENT SUPERIOR COURT JUDGE

GALE M. ADAMS
RESIDENT SUPERIOR COURT JUDGE

# MEMORANDUM

To: Mr. Harold Pratt-Bey
121 McCoy Lane
Eagle Springs, NC 27242

From: Superior Court Judges' Office

Date: December 6, 2017

File No. 17CR 60791, 60792

We are in receipt of

Your: Letter

Dated: Not Dated

Your matter is presently pending in the District Court Division and thus, the Superior Court has no jurisdiction. Accordingly, your letter has been delivered to the office of the District Court Judges.



Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $ 3.75

Total Postage and Fees $ 7.20

Sent To: Attorney General

Street and Apt. No., or PO Box No.: C/O 114 West Edenton Street

City, State, ZIP+4®: Raleigh, NC [27603]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Postmark Here: EAGLE SPRINGS NC 27242 JAN 22 2018

---

7015 0640 0006

Extra Services & Fees *(check box, add fee as appropriate)*
- ☑ Return Receipt (hardcopy) $ 2.75
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $ 1.40

Total Postage and Fees $ 7.50

Sent To: District Ct.

Street and Apt. No., or PO Box No.: PO box 363

City, State, ZIP+4®: Fayetteville, NC 28302

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Postmark Here: NC DEC 27 2017 USPS

---

7015 0640 0006 2053 6473

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.35

Extra Services & Fees *(check box, add fee as appropriate)*
- ☑ Return Receipt (hardcopy) $ 2.75
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $ 1.40

Total Postage and Fees $ 7.50

Sent To: Attorny General

Street and Apt. No., or PO Box No.: 114 W. Edenton St

City, State, ZIP+4®: Raleigh, NC 27603

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Postmark Here: EAGLE SPRINGS NC 27242 DEC 27 2017 USPS

---

7015 0640 0006 2053 6197

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.35

Extra Services & Fees *(check box, add fee as appropriate)*
- ☑ Return Receipt (hardcopy) $ 2.70
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $ 7.50

Total Postage and Fees $ District Court

Sent To: PO box 363

Street and Apt. No., or PO Box No.: 1

City, State, ZIP+4®: Fayetteville, NC 28302

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Postmark Here: EAGLE SPRINGS NC 27242 DEC 27 2017 USPS

---

7015 0640 0006 2053 6227

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.35

Extra Services & Fees *(check box, add fee as appropriate)*
- ☑ Return Receipt (hardcopy) $ 2.75
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $ 1.40

Total Postage and Fees $ 7.50

Sent To

Street and Apt. No., or PO Box No.: 114 West Edenton St

City, State, ZIP+4®: Raleigh, NC 27603

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Postmark Here: EAGLE SPRINGS NC 27242 DEC 27 2017 USPS

---

7015 0640 0006 2053 8719

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $ 3.45

Extra Services & Fees *(check box, add fee as appropriate)*
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postage $ 1.63

Total Postage and Fees $ 5.08

Sent To: Attorney General

Street and Apt. No., or PO Box No.: C/O 114 West Edenton Street

City, State, ZIP+4®: Raleigh, NC [27603]

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

Postmark Here: EAGLE SPRINGS NC 27242 JAN 22 2018 USPS

Submitted values are:

**Submitter Name:** Harold Pratt-Bey
**Mailing Address:** c/o PO Box 306
Eagle Springs, North Carolina Republic
[Zip- exempt]
All Rights Reserved Allodial w/o
recourse
**Phone Number:** (910) 673-3814
**Email:** Harold Pratt-Bey
**Name of Judge:** TALMADGE S. BAGGETT JR.
**Court Type:** District Court
**Does complaint relate to Court Case?** Yes
**Case Name:** Pratt-Bey v. Monterio
**Case #:** 5:17-CT-3291-BO
**Case Type:** Other
**Other Case Type:** proceedings have been so deranged that I'm unsure of the type of case it is
**For litigants, lawyer in this case?** No
**Lawyer Name and Contact Info:**
**Misconduct Description:** 10 Oct 17- T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE attempted and succeeded in an unlawful kidnapping, human trafficking, ransom, extortion, unlawful arrest, color of law violations, failure to properly identify, perjury, assault and battery, and unconstitutional abuse of power.
9 Jan 18 1:30 pm est- T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE attempted and succeeded in unlawful ransom, extortion, color of law violations, failure to properly identify, perjury, and unconstitutional abuse of power.
**Electronic Agreement:** I agree and understand that I am signing this complaint electronically and that my electronic signature is the legal equivalent of a written signature.
**How did you hear about us?** Clerk's Office
**If other, please specify:**

More information about the mission, authority and rules of the Commission can be found on our website (http://www.nccourts.org/Courts/CRS/Councils/JudicialStandards/) or you may call the Commission at (919) 831-3630 with any questions.

Go back to the form (/1480690875)

---

North Carolina Administrative Office of the Courts | 901 Corporate Center Drive, Raleigh, NC 27607
Legal Notices, Disclaimers and Terms of Use (http://nccourts.org/Support/TermsofUse.asp)

```
ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
250 CUMBERLAND              ICA INQUIRY 01  17CR 002671     FILM:
DISPOSED                    R  S DOB/AGE    CR      FILING DATE: 082317
CITATION                    B  M 04201999 DL#: 34393870                NC
PRATT,ANTWAN,FRANK                          CIT#: C4033883 TRIAL DATE: 021418
121 MCCOY LN                         CSLR:        CSLRC:       AM
EAGLE SPRINGS    NC  27242  DEF ATTY:                 TYP:     VRA:
CHG/ARRN OFFN: M RESISTING PUBLIC OFFICER           14-223
COMPLAINANT: MONTEIRO,P                   CPD ISSUED: 081717   SERVED: 081717
OFFN DATE: 081717    ARRN DATE:      MOTIONS DATE:       DISP DATE: 021418
CONT. D:    S:    C:    NR:    INT?: N FRM:  RSONCO:    GANG REL:   DV CV: N

PLEA VER MOD    FINE      COSTS    WCC      REST      JUDGE    PAID   TO-BE-PAID
     VD   $           $                $
CONV OFFN:                                                            CAB:
SENT LEN:      -        SENT TYPE:            CONS F/JGMT:
PROB:                   WITHDRAWN:            APPEALED TO SUPERIOR:
AREA CD:   ACCD: N HWY: OT     V LIC:         TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N  TRP/DIST:    V ST:    V TYP:     APPELLATE:
VD PER OFFICER NO LONGER EMPLOYED BY AGENCY. ADA M


ARREST DATE:         CHECK DIGIT:        SID:            LID:
NEXT#:                    PF2 - NAME INQUIRY                ADDL CHARGES:
```

A TRUE COPY
CLERK OF SUPERIOR COURT
CUMBERLAND COUNTY
BY C. O'Malley
Assistant Deputy, Clerk Superior Court

```
ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
250 CUMBERLAND              ICA INQUIRY 01   17CR 060792     FILM:
DISPOSED                    R  S DOB/AGE        CR      FILING DATE: 081717
MAGISTRATE ORDER            B  M 12251991 DL#: 33630431                    NC
PRATT,HAROLD,EDWARD,JR                       CIT#:          TRIAL DATE: 021418
121 MCCOY LN                         CSLR:        CSLRC:         AM
EAGLE SPRINGS    NC  27242  DEF ATTY:                     TYP:      VRA:
CHG/ARRN OFFN: M RESISTING PUBLIC OFFICER              14-223
COMPLAINANT: MONTEIRO,P                CPD ISSUED: 081717   SERVED: 081717
OFFN DATE: 081717    ARRN DATE:        MOTIONS DATE:        DISP DATE: 021418
CONT. D: 00 S: 00 C: 00 NR: 00 INT?: N FRM:  RSONCO:    GANG REL:   DV CV: N

PLEA VER MOD    FINE       COSTS     WCC    REST     JUDGE   PAID   TO-BE-PAID
         VD   $          $                 $
CONV OFFN:                                                               CAB:
SENT LEN:       -         SENT TYPE:           CONS F/JGMT:
PROB:                     WITHDRAWN:           APPEALED TO SUPERIOR:
AREA CD:   ACCD:    HWY:      V LIC:           TRANS TO SUPERIOR:
CDL: N  CMV: N  HAZ: N  TRP/DIST:    V ST:   V TYP:      APPELLATE:
VD PER OFFICER NO LONGER EMPLOYED BY AGENCY. ADA M

ARREST DATE:         CHECK DIGIT:       SID:           LID:
NEXT#:               PF2 - NAME INQUIRY             ADDL CHARGES: Y
```

A TRUE COPY
CLERK OF SUPERIOR COURT
CUMBERLAND COUNTY
BY _____
Assistant Deputy Clerk Superior Court

```
               ADDITIONAL SPECIAL CONDITIONS EXIST. PRESS PF4 FOR DETAILS
250 CUMBERLAND                  ICA INQUIRY 01    17CR 060791        FILM:
DISPOSED                        R  S DOB/AGE         CR        FILING DATE: 081717
MAGISTRATE ORDER                B  M 12251991 DL#: 33630431                       NC
PRATT,HAROLD,EDWARD,JR                        CIT#:            TRIAL DATE: 021418
121 MCCOY LN                           CSLR:         CSLRC:               AM
EAGLE SPRINGS     NC  27242  DEF ATTY:                         TYP:        VRA:
CHG/ARRN OFFN: M POSSESS MARIJUANA UP TO 1/2 OZ             90-95(D)(4)
COMPLAINANT: MONTEIRO,P                    CPD ISSUED: 081717    SERVED: 081717
OFFN DATE: 081717    ARRN DATE:          MOTIONS DATE:       DISP DATE: 021418
CONT. D: 00 S: 00 C: 00 NR: 00 INT?: N FRM:    RSONCO:      GANG REL:   DV CV: N

PLEA VER MOD         FINE          COSTS      WCC      REST      JUDGE     PAID     TO-BE-PAID
         VD     $              $                 $
CONV OFFN:                                                                   CAB:
SENT LEN:        -            SENT TYPE:            CONS F/JGMT:
PROB:                          WITHDRAWN:           APPEALED TO SUPERIOR:
AREA CD:    ACCD:    HWY:         V LIC:            TRANS TO SUPERIOR:
CDL: N  CMV: N   HAZ: N   TRP/DIST:    V ST:     V TYP:         APPELLATE:
VD PER OFFICER NO LONGER EMPLOYED BY AGENCY. ADA M


ARREST DATE:         CHECK DIGIT:          SID:              LID:
NEXT#:                    PF2 - NAME INQUIRY                   ADDL CHARGES: Y
```

A TRUE COPY
CLERK OF SUPERIOR COURT
CUMBERLAND COUNTY
BY _____
Assistant Deputy, Clerk Superior Court



# THE MOORISH NATIONAL REPUBLIC

# THE MOORISH DEVINE AND NATIONAL MOVEMENT OF THE WORLD

Aborigonal and Indigenous Natural Peoples of North-West Amexem

North America

## Affidavit of Fact

### Exhibit B

Criminal Complaint violation of Secured Constitution Treaty Right, By Person Working For Or by Cohesion With THE CITY OF FAYETTEVILLE, CUMBERLAND COUNTY JAIL

Nunc Protunc

Mayor Nat Robertson

- Stop and frisk hate crime
- Conspiracy
- Piracy
- Fraud
- Stalking
- Larceny
- Human Trafficking
- Perjury
- Peonage
- Exstortion
- Kidnapping
- Ransom
- Racketeering

I am, Harold Pratt-Bey, Moorish American; a Natural Person, 'In Propria Persona', and not 'Pro-se'; and not an artificial, corporate person, num de guerre, strawman, nor any other fraudulent, misrepresentation, as scribed in all CAPITAL LETTERS, as dishonorably placed before this court on paper, and with corrupt and injurious intent, by the unclean hand of others. I state for the record that no foreign persons, nor entities represented by them, have any lawful or credible authority to 'Represent' me.

On February 14th, 2018 approx 12:23 pm est., after seven long months of enduring illegal kidnapping, conspiracy, piracy, hate crimes, fraud, stalking, larceny, human trafficking, perjury, peonage, extortion, ransom, racketeering, and violations of natural law. My charges and case was dismissed.

After seven long months, I finally had my case and charges dismissed. During the process of everything illegal that was done by THE CITY OF FAYETTEVILLE and the CUMBERLAND COUNTY POLICE DEPARTMENT, I was illegally detained/arrested multiple times, had my car/property damaged, missed several job opportunities, fell behind on payments, wasted time, energy, and gas, spent countless funds to mail off all paperwork, and all around unnecessary mental and physical stress. I am seeking FULL reparations for all of the hardships I had to endure and seeking to sue ALL municipal bonds of named parties (officers, magistrate, judge, bailiffs, etc.), P.J. MONTERIO doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE, B. GUNTHERY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE, S. BATES doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE, S. MOSELEY doing business as a POLICE OFFICER for the CITY OF FAYETTEVILLE, T. CLEVELAND doing business as MAGISTRATE for the CITY OF FAYETTEVILLE, T. BAGGETT doing business as a JUDGE for the CITY OF FAYETTEVILLE, B JOHNSON doing business as a BAILIFF for the CITY OF FAYETTEVILLE, D.J. CALDERA doing business as a BAILIFF for the CITY OF FAYETTEVILLE, and GUNDIFF doing business as a BAILIFF for the CITY OF FAYETTEVILLE for their capacity as a " Officer" as well as their private stash. Also I will continue to pursue justice, and will release my video evidence.

I am: *[signature]*, Authorized Representative
                    Natural Person, In Propia Persona
Ex Relation ( HAROLD PRATT ), without prejudice
                    All Rights Reserved U.C.C 1-207