# Pratt-Bey v. Monterio
# 5:17-CT-3291-BO

File number: 17CR002671

File number: 17CR060791

File number: 17CR060792