Pratt-Bey
Box 306
Springs, North Carolina Republic
[empt]
hts Reserved Allodial w/o
se

Clerk's Office
United States District Court
P.O. Box 25670
Eastern District of North Carolina
Raleigh, NC
[27611]

RECEIVED
FEB 21 2018
PETER A. MOORE JR., CLERK
US DISTRICT COURT, EDNC

Case 5:17-ct-03291-BO   Document 5-2   Filed 02/21/18   Page 1 of 1