



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

RECEIVED
FEB 21 2018
PETER A. MOORE, JR., CLERK
DISTRICT COURT, EDNC

2761185670 B013

Case 5:17-ct-03291-BO   Document 5-3   Filed 02/21/18   Page 1 of 1