IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CT-3291-BO

| | |
|---|---|
| HAROLD PRATT-BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| P.J. MONTERIO, ) | |
| ) | |
| Defendant. ) | |

Plaintiff filed this civil rights action *pro se* pursuant to 42 U.S.C. § 1983. On June 26, 2018, the court directed plaintiff to particularize his complaint. Plaintiff was given fourteen (14) days to file his particularized pleading. The fourteen (14) days has lapsed, and plaintiff has failed to comply with this court's order to particularize his complaint. Therefore, this action is DISMISSED without prejudice for failure to prosecute. The clerk of court is DIRECTED to close this case.

SO ORDERED, this the 17 day of July, 2018.

TERRENCE W. BOYLE
United States District Judge