IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HAROLD PRATT-BEY,
                    Plaintiff,

         v.                                    **Judgment in a Civil Case**

P.J. MONTERIO,

                    Defendant.                 Civil Case Number: 5:17-CT-3291-BO

**Decision by Court.**

On June 26, 2018, the court directed plaintiff to particularize his complaint. Plaintiff was given fourteen (14) days to file his particularized pleading. The fourteen (14) days has lapsed, and plaintiff has failed to comply with this court's order to particularize his complaint.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice for failure to prosecute.

This Judgment Filed and Entered on July 17, 2018, with service on:
Harold Pratt-Bey, 121 McCoy Lane, Eagle Springs, NC 27242.
(via U.S. Mail)

July 17, 2018                            /s/ Peter A. Moore, Jr.
                                         Clerk of Court


                                         By: _Laura Love_
                                             Deputy Clerk